**Order entered November 29, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-17-00621-CR
No. 05-17-00622-CR

**JAIME JOEL RUBIO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2
Dallas County, Texas
Trial Court Cause No's. F16-41761-I, F16-41762-I**

## ORDER

Before the Court is appellant's November 21, 2017 second motion to extend time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before December 14, 2017. If appellant's brief is not filed by December 14, 2017, these appeals may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8. *See* TEX. R. APP. P. 38.8(b)(2).

/s/     ADA BROWN
         JUSTICE